JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINQUE ANDERSON, LELA DENNIS, DEBRRA CARR, EIONA FORD, aka EIONA BULLARD, FALLON RICHIE, CRYSTAL CHAVIS AND SHAYPREA MOORE JEFFERSON, aka SHAYPREA MOORE<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY PROBATION DEPARTMENT; LOS ANGELES COUNTY CHIEF PROBATION OFFICER ROBERT TAYLOR; CRITTENTON SERVICES FOR CHILDREN AND FAMILIES GROUP HOME; DEPUTY PROBATION OFFICER ERNEST WALKER; DEPUTY PROBATION OFFICER JEFFREY ECKLER; DEPUTY PROBATION OFFICER DAVID GLASBY; DEPUTY PROBATION OFFICER/DEPUTY SERVICES OFFICER SERRINA HART; DEPUTY PROBATION OFFICER/DEPUTY SERVICES OFFICER ERIN WALTON; DEPUTY PROBATION OFFICER/DEPUTY SERVICES OFFICER FNU NEWBELL; DEPUTY PROBATION OFFICER FNU GOOD; DEPUTY PROBATION OFFICER FNU TUCKER; JOHN | CASE NO: 2:21-CV-05966-SPG-JEMx<br><br>*[Assigned to District Judge Sherilyn Peace Garnett and Magistrate Judge John E. McDermott] Courtroom 7C*<br><br>**ORDER OF DISMISSAL** |

1

1  EVANS; OFFICER FNU ISKANDER;        )
2  OFFICER FNU MARTINEZ;  and DOES     )
   1 through 100, Inclusive,           )
3                                      )
4                   Defendants.        )
                                       )
5  _____  )

6

7         Pursuant to the stipulation of the parties under Federal Rule of Civil

8  Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND

9  HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action,

10 and parties, with each party bearing that party's own attorney's fees and costs.  The

11 Clerk is directed to close the file.

12

13

14 Dated: ___October 13, 2022___

15

16

17         HON. SHERILYN PEACE GARNETT
           UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28