JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE AD52-A DOE; and JANE CD53-A DOE, individuals, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF LOS ANGELES, a governmental entity; CRITTENTON SERVICES FOR CHILDREN AND FAMILIES GROUP HOME; DEPUTY PROBATION OFFICER ERNEST WALKER, an individual; DEPUTY PROBATION OFFICER JEFFREY ECKLER, an individual; DEPUTY PROBATION OFFICER DAVID GLASBY, an individual; JOHN EVANS, and individual; and DOES 1 through 500, <br><br> Defendants. | Case No.: 2:21-cv-05966-SPG-JEM <br><br> Hon. Sherilyn Peace Garnett <br><br><br> ORDER TO REMAND CASE TO STATE COURT <br><br> Trial Date:  None |

Pursuant to the Stipulation of the parties, and good cause appearing, it is hereby ordered that this action is remanded back to state court, Los Angeles Superior Court, Case Number 21STCV16513.

Dated:  November 22, 2022

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

1